# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1275

_____

Ernest F. Walters; Chris LeGear;       *
Montez D. Shortridge,                *
                                *
        Appellants,          *
                                *  Appeal from the United States
    v.                         *  District Court for the
                                *  Southern District of Iowa.
Walter Kautzky; Michael Savala; Paul  *
Muller; John Mathes; Ronald Welder;   *    [UNPUBLISHED]
Layne M. Lindebak,             *
                                *
        Appellees.          *

_____

Submitted: October 30, 2003
Filed: November 3, 2003

_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Iowa inmates Ernest Walters, Chris LeGear, and Montez Shortridge appeal the district court's[1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action. Upon de novo review, see Andersen v. Larson, 327 F.3d 762, 767 (8th Cir. 2003), we agree with the district court that a prior action in Iowa state court bars this federal

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

action under the Iowa doctrine of res judicata.  See <u>Migra v. Warren City Sch. Dist. Bd. of Educ.</u>, 465 U.S. 75, 81 (1984) (federal court gives state court judgments same preclusive effect judgment would receive under law of rendering state); <u>Arvenick v. Univ. of Minn. Bd. of Regents</u>, 642 N.W.2d 315, 319 (Iowa 2002) (subsequent suit barred where parties in both actions are the same, where claim in second suit could have been fully and fairly adjudicated in first action, and where court in first action rendered final judgment on merits).

Accordingly, we affirm.

_____